UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 16-00193-JLS (DFMx)             Date:  January 13, 2017
Title:  Martin Vogel v. Harshad & Nasir Corporation, et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

  Terry Guerrero                                                 N/A
   Deputy Clerk                                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                           Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE**

      The Court is in receipt of the Mediation Report filed on November 22, 2016. (Doc. 35.) Counsel are hereby ordered to show cause in writing, no later than **January 20, 2017**, why this case should not be dismissed and/or sanctions issued, for failure to comply with Local Rule 40-2, Notice of Settlement. The Order to Show Cause will stand submitted upon the filing of an appropriate response.

      Counsel are advised that the Court will consider the filing of a Stipulation of Dismissal, on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.

                                                             Initials of Preparer:  tg